**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., <br><br> Plaintiff, <br><br> v. <br><br> LOURDES T. SANTIAGO, M.D., P.A.; LOURDES T. SANTIAGO; SAMUEL S. STIEGLITZ; UNITED STATES DEPARTMENT OF TREASURY- INTERNAL REVENUE SERVICE; HARRISON SQUARE ASSOCIATION, INC.; OLYMPUS AMERICA, INC.; UNKNOWN TENANT # 1; UNKNOWN TENANT # 2; ANY AND ALL UNKNOWN PARTIES CLAIMING A RIGHT OR INTEREST IN THE SUBJECT PROPERTY, <br><br> Defendants. | Case No. 8:18-cv-01605-JSM-AEP |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Natalie P. Thomas, Esq. of Quarles & Brady LLP, gives notice of her appearance as additional counsel for Plaintiff, JPMorgan Chase Bank, N.A. ("**JPMorgan**").  Ms. Thomas, as counsel for JPMorgan, requests that all papers and pleadings in this cause be directed to her at the address below.

QUARLES & BRADY LLP

/s/ *Natalie P. Thomas*
Natalie P. Thomas
Florida Bar No. 147680
Drew P. O'Malley
Florida Bar No. 106551
101 East Kennedy Blvd., Ste. 3400
Tampa, FL 33602-5195
Telephone:  813-387-0300

QB\57892328.1

Facsimile:  813-387-1800
natalie.thomas@quarles.com
drew.o'malley@quarles.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of August, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

Shawn G. Brown
Frazier & Brown, PLLC
2111 West Swann Avenue, Suite 204
Tampa, Florida 33606
shawn@frazierbrownlaw.com
*Counsel for Harrison Square Association, Inc.*

Lior Segal
18167 US HWY 19 N, Suite 100
Clearwater, Florida 33764
Telephone: 727-824-5775
Facsimile: 888-672-7347
lee@segalschuh.com
lisa@segalschuh.com
*Counsel for Defendants Lourdes T. Santiago, M.D., P.A. and Lourdes T. Santiago*

Maria Chapa Lopez
United States Attorney
John F. Rudy, III
Assistant United States Attorney
Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone: (813) 274-6000
Facsimile: (813) 274-6198
E-mail: john.rudy@usdoj.gov
*Counsel for United States Department of Treasury-Internal Revenue Service*

/s/ Natalie P. Thomas
Attorney